**United States District Court**
**Violation Notice**

CVB Location Code: NJ10

Violation Number: 2186819
Officer Name (Print): TAYLOR
Officer No: 3895

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 05/29/2011 0225
Offense Charged: ☒ State Code — NJSA 2C:35-10(A)(4)
Place of Offense: BLDG 173 POLICE HEADQUARTERS

Offense Description Factual Basis for Charge:
POSSESSION OF 50 GRAMS OR LESS OF MARIJUANA

**DEFENDANT INFORMATION**
Last Name: VERNIERI
First Name: JOSEPH
MI: C.

[remaining defendant information redacted]

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☐ IF BOX B IS CHECKED YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

Forfeiture Amount: $
+ $25 Processing Fee
PAY THIS AMOUNT → $ Total Collateral Due

United States District Court
United States Court House
50 Walnut Street
Courtroom 4A
Newark, NJ 07101

Appearance date by mail:
Date: 07/28/2011
Time: 09:00

---

Amended on Record
21 USC 844  1/30/14

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on MAY 29, 2011 while exercising my duties as a law enforcement officer in the FEDERAL District of NEW JERSEY

SEARCH INCIDENT TO ARREST REVEALED 4 1"x1" PLASTIC BAGS UNDER VERNIERI'S SCROTUM. NIK AND SIRCHIE TESTS PERFORMED AND GAVE POSITIVE INDICATIONS FOR MARIJUANA/THC.

The foregoing statement is based upon
☑ my personal observation   ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 05/29/2011
Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
Date (mm/dd/yyyy) — U.S. Magistrate Judge

CVB Scan 6/9/2011 13:43:47